ARTHUR SILVERSTEIN v. DAVID DEGENHARDT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARY FRANKEL v. JOSEPH H. MITTELMAN. PHILIP FRANKEL v. JOSEPH H. MITTELMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAM SHAPIRO v. BARNEY'S OMNIBUS SERVICE CORPORATION. MARY SHAPIRO v. BARNEY'S OMNIBUS SERVICE CORPORATION.— Motion granted and plaintiffs' motions to dismiss defendant's appeals from judgments entered March 31, 1928, granted, with ten dollars costs, unless appellant, on or before October 22, 1928, file a surety company undertaking conditioned to secure payment of $2,500 in addition to the undertaking already filed, so that payment of each of said judgments will be secured in that amount in the event of affirmance or modification thereof or dismissal of said appeals, and procure the record on appeal and appellant's points to be filed on or before October 22, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAM SHAPIRO v. BARNEY'S OMNIBUS SERVICE CORPORATION. MARY SHAPIRO v. BARNEY'S OMNIBUS SERVICE CORPORATION.— Motions granted and the time of appellant to procure the record on appeal and the appellant's points to be filed extended until October 22, 1928, on condition that appellant file an additional undertaking on appeal in the sum of $2,500 on or before October 22, 1928, so that payment of the judgment in each case will be secured up to that amount. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of DAVID HERMEL for the Appointment of an Arbitrator and that Such Arbitration Be Directed to Proceed in the Manner Provided for in the Contract of November 19, 1926, between KORNEL S. W. HERMEL and DAVID HERMEL and LOUIS BLOCK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNIE ELEANOR LLOYD v. ORIN COTTRELL LLOYD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ABRAHAM FOGEL v. CENTRAL OF GEORGIA RAILWAY COMPANY and Another, Impleaded with MANHATTAN MACHINERY EXCHANGE, INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNIE ZINDERMAN v. HERMAN ZINDERMAN.— Motion granted on condition that defendant file an undertaking in the sum of $1,500. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALEXANDER LANE and Another (Formerly ALEXANDER LICHTENSTEIN and MELVIN LICHTENSTEIN, as Surviving Executors, etc., of BENJAMIN LICHTENSTEIN, Deceased) v. CHANTILLY CORPORATION and THE PEOPLE OF THE STATE OF NEW YORK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.